**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK LOVERDE,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                               /

No. C 14-00529 WHA

**ORDER RE IFP**

      Plaintiff, who is represented by counsel, has requested to proceed in formal pauperis. Given that he is represented by counsel, plaintiff is **ORDERED TO SHOW CAUSE BY NOON ON FEBRUARY 11** why IFP status should be granted. If counsel is representing plaintiff on a contingency basis, counsel usually fronts the costs of prosecuting the action.

      **IT IS SO ORDERED.**

Dated: February 5, 2014.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE