HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JACK LOVERDE, ) | Case No:  1:14-cv-00529-NJV |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (60) days up through and including Monday, August 25, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before September 22, 2014. This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

1   MELINDA L. HAAG
    United States Attorney

2

3   Dated: June 23, 2014                    /s/
                                            _____
4                                           JEFFREY CHEN
                                            Special Assistant U.S. Attorney
5                                           Social Security Administration

6

7

8   Dated: June 23, 2014                    /s/
                                            _____
9                                           HARVEY P. SACKETT
                                            Attorney for Plaintiff
10                                          JACK LOVERDE

11

12  IT IS SO ORDERED.

13

14

15  Dated:      June 24, 2014

16

17

18

19

20

21

22

23

24

25

26

27

28