UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JACK LOVERDE,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 1:14-cv-00529-NJV<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully request this additional time because of a very heavy workload of eight district court briefs to complete in the month of September despite due diligence in maintaining his calendar.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Wednesday, October 22, 2014.

Respectfully submitted,

Date: *September 22, 2014*     SACKETT AND ASSOCIATES

By: */s/ Harvey Peter Sackett\**
HARVEY PETER SACKETT
\* *By e-mail authorization on Sept. 22, 2014*
Attorney for Plaintiff

Date: *September 22, 2014*     MELINDA HAAG

1

United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED**:

Dated: September 22, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

Stip. to Extend Def.'s MSJ