UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JACK LOVERDE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-00529-NJV<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully request this additional time because of a very heavy workload as well as numerous additional responsibilities related to the end of the fiscal year.


Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Friday, November 21, 2014.

                                          Respectfully submitted,

Date: *October 27, 2014*        SACKETT AND ASSOCIATES

                                    By:   */s/ Harvey Peter Sackett\**
                                             HARVEY PETER SACKETT
                                           *\* By e-mail authorization on Oct. 27, 2014*
                                           Attorney for Plaintiff

1

| | | |
|---|---|---|
| Date: *October 27, 2014* | | MELINDA HAAG<br>United States Attorney |
| | By: | */s/ Jeffrey Chen*<br>JEFFREY CHEN<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

DATED: October 27, 2014

_____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2